Hill Wallack LLP
Attorneys at Law

Cherry Hill Plaza, Suite 800
1415 Route 70 East
Cherry Hill, NJ 08034
856.616.8080 main | 856.616.8081 fax

www.hillwallack.com

March 28, 2023

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

  **RE:** **Adversary Proceeding # 21-01017**
    **Status Hearing 3/30/2023 @ 10:00 a.m.**
    *Matthew Marden v. Louis Simpson*

Dear Sir / Madam:

This correspondence is to inform all parties that the Status Hearing in above-captioned adversary proceeding has been rescheduled to **May 25, 2023** at **10:00 am**. Appearances are required.

Please be guided accordingly.

            */s/ Angela C. Pattison*
            BY: Angela C. Pattison, Esquire
            HILL WALLACK LLP
            Attorneys for Plaintiff,
            Matthew Marden

Cc: Louis Simpson (Defendant)
   Matthew Marden (Plaintiff)

***THIS FIRM IS A DEBT COLLECTOR, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOUR PERSONAL LIABILITY FOR THE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURITY BY THE MORTGAGE.***