Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−21876−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Simpson
   10 Jason Lane
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−4819

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/16/23 at 10:00 AM

to consider and act upon the following:

21 − Motion for Relief from Stay re: unpaid rent and additional rent for unpaid premises. Fee Amount $ 188. Filed by Kevin Desai on behalf of Belmont Estates Urban Renewal LLC. Hearing scheduled for 5/2/2023 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order # 5 Certificate of Service) (Desai, Kevin) INCORRECT HEARING DATE SET. Modified on 4/21/2023 (car).

Dated: 4/21/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court